# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 17, 2018

SEAN F. McAVOY, CLERK

JOHN B. COX

*Plaintiff*

v.

MIKE WEST, JOSEPH HELM, ROCKY MILLER, REA CULWELL, WALLA WALLA COUNTY JAIL, and COLUMBIA COUNTY JAIL,

*Defendant*

Civil Action No. 4:17-CV-05136-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: All claims are dismissed without prejudice pursuant to the Order Granting Motion to Voluntarily Dismiss Complaint and subsequent order directing entry of judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for voluntary dismissal of complaint.

Date: January 17, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cora Vargas
*(By) Deputy Clerk*

Cora Vargas